# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RONALD MAZZUCCO,  :  | |
|  :  | Civil Action No.: 11-2430 (ES) |
| Plaintiff,  : | |
|  :  | |
| v.  :  | |
|  :  | |
| KRAFT FOODS GLOBAL, INC., et al.,  :  | **ORDER** |
|  :  | |
| Defendants.  :  | |

This matter comes before the Court by way of Plaintiff's objection to Magistrate Judge Waldor's Report and Recommendation dated November 23, 2011. For the reasons set forth in the corresponding Opinion,

IT IS on this 30th day of December, 2011, hereby

ORDERED that Plaintiff's objection to the Report and Recommendation is overruled; and it is further

ORDERED that the Report and Recommendation is adopted in full; and it is further

ORDERED that the Clerk of Court shall therefore terminate Plaintiff's motion to remand (Docket Entry No. 7), as well as the Report and Recommendation (Docket Entry No. 22).

*s/Esther Salas*
**Esther Salas, U.S.D.J.**